IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES ROGHOLT, <br><br> *Plaintiff,* <br><br> v. <br><br> EK REAL ESTATE SERVICES OF NY LLC, ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 4:22-cv-01233 |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel for Defendants filed by Haynes and Boone, LLP and its attorney John Turner (collectively "Haynes and Boone"). For the reasons stated in the motion, the motion is GRANTED.

Haynes and Boone, LLP and its attorney John Turner are withdrawn as counsel of record for Defendants EK Real Estate Services of NY, LLC and Easyknock, Inc. The clerk's office is directed to remove Haynes and Boone, LLP and its attorney John Turner from the active service list for electronic notices.

SO ORDERED on November 8, 2024.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE